United States District Court
Southern District of Texas
**ENTERED**
May 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ISABEL GODOY- GUZMAN DE ESCOBAR,** | § § § | |
| **Petitioner,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:26-CV-00867** |
| **MIGUEL VERGARA,** ***et al.*,** | § § § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Isabel Godoy-Guzman De Escobar's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on Petitioner no later than **May 18, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' Response on or before **May 20, 2026**.

Additionally, in Petitioner's Petition, Petitioner stated that "a petition for habeas corpus has never been filed on Petitioner's behalf." (Dkt. 1 at 5.) However, it appears Petitioner previously filed a petition for writ of habeas corpus associated with civil action number 5:26-cv-00114. The Parties are **ORDERED** to address in their response and reply briefing what effect, if any, the prior petition has on Petitioner's current claims.

1 / 2

The Clerk is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Daniel.Hu@usdoj.gov.

Additionally, it is further ordered that Respondents must notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this May 11, 2026.

Diana Saldaña
United States District Judge

2 / 2